

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00243-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: April 26, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On April 19, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017CI04327, styled *Ex Parte John M. Donohue*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.